

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA      '08 MJ 8228

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | 21 U.S.C. § 952 and 960 |
| Saul FIGUEROA-Fierros(1), ) | Importation of a Controlled |
| Gilberto RUIZ-Ramirez(2), ) | Substance (Felony) |
| ) | |
| Defendants. ) | |

The undersigned complainant being duly sworn states:

That on or about March 13, 2008, within the Southern District of California, defendants Saul FIGUEROA-Fierros and Gilberto RUIZ-Ramirez, did knowingly and intentionally import approximately 107.08 kilograms (235.58 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Chad N. Worgen Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF MARCH 2008.

Pete C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                v.
Saul FIGUEROA-Fierros (1)
Gilberto RUIZ-Ramirez (2)

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On March 13, 2008, at approximately 0307 hours, Saul FIGUEROA-Fierros entered the United States from the Republic of Mexico at the Calexico, California East Port of Entry, as the driver and registered owner a Ford F-250 truck. Along with FIGUEROA was a sole passenger identified as Gilberto RUIZ-Ramirez.

Customs and Border Protection Officer (CBPO) E. Chong was conducting primary inspections. CBPO Chong received a negative oral Customs declaration from FIGUEROA. CBPO Chong tapped the external gas tank located in the bed of the truck, and it sounded solid. CBPO Chong removed both FIGUEROA and RUIZ from the vehicle and escorted them on foot into the vehicle secondary office for a pat down. The vehicle was driven into the secondary lot for an intensive inspection.

Canine Enforcement Officer (CEO) B. Pyburn was requested to screen the vehicle with his Narcotic/Human Detector Dog. CEO Pyburn's canine alerted to the external gas tank. Upon further inspection of the gas tank, CBPO Chong discovered numerous packages. CBPO Chong probed one of the packages, and it produced a green leafy substance that tested positive for marijuana. A total of 11 packages were extracted from the gas tank, with a total

1  weight of 107.08 kilograms (235.58 pounds) of marijuana.

2  FIGUEROA and RUIZ were placed under arrest for violation of 21
3  United States Code 952 and 960, Importation of Controlled
4  Substances.

5  RUIZ was advised of his Constitutional Rights, which he
6  acknowledged and waived, agreeing to answer questions. RUIZ denied
7  knowledge of the marijuana; however, some of his statements were
8  inconsistent. RUIZ stated FIGUEROA knew he was unemployed and was
9  in need of money and employment.
10
11 RUIZ stated he was going to his first day of construction work
12 with FIGUEROA in El Centro, California; however, he first failed to
13 mention that FIGUEROA insisted that he take a taxi to the Calexico
14 East Port of Entry, instead of walking across the Calexico West
15 Port of Entry, which is much closer to RUIZ' residence.

16 RUIZ also stated two days prior, he and FIGUEROA crossed the
17 Calexico Port of Entry in the same Ford F-250 truck. RUIZ stated
18 on that day, they purchased a new pump for the external gas tank,
19 and purchased two shovels. Upon cursory inspection of the external
20 gas tank, a new pump was located and two shovels were present in
21 the bed of the truck.
22
23 FIGUEROA and RUIZ were processed and booked into the Imperial
24 County Jail
25 ///
26 ///
27 ///
28 ///