1 | **CANDIS MITCHELL**
California State Bar No. 242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Candis_Mitchell@fd.org

5 | Attorneys for Mr. Ruiz-Ramirez

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,                    ) Case No. 08MJ8228-PCL-02
                                                  )
12 |                       Plaintiff,             )
                                                  )
13 | v.                                           )
                                                  ) **NOTICE OF APPEARANCE**
14 | **GILBERTO RUIZ-RAMIREZ**,                   )
                                                  )
15 |                       Defendant.             )
                                                  )
16 | _____      )

17 |         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 | Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 | in the above-captioned case.

20 |                                              Respectfully submitted,

21

22 | Dated: March 18, 2008                        /s/  *Candis Mitchell*
                                                  **CANDIS L. MITCHELL**
23 |                                              Federal Defenders of San Diego, Inc.
                                                  Attorneys for Mr. Ruiz-Ramirez
24 |                                              Candis_Mitchell@fd.org

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 18, 2008

/s/  Candis Mitchell
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org

08MJ8228-PCL-02