MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.    FIGUEROA-FIERROS                                No.    08MJ8228

HON.    PETER C. LEWIS            Tape No.    PCL08-1-12:10-12:11        (1 min)

Asst. U.S. Attorney    SABRINA FEVE            PTSO

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | STEPHEN D. LEMISH | X Apt | ___ Ret | for | GILBERTO RUIZ-RAMIREZ | (2) | (C) |

PROCEEDINGS:        ___ In Chambers    X In Court    ___ By Telephone

Preliminary Hearing as to GILBERTO RUIZ-RAMIREZ (2) Not held.

Gov't Oral Motion to Dismiss Without Prejudice as to GILBERTO RUIZ-RAMIREZ (2) - Granted..

Abstract issued to U.S.M.

Date    3/27/08                                Maria J. Mirabella for Teresa Romero
                                                            Deputy's-Initials